UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60714
Summary Calendar
_____

ROBERT T. DELUCA,

Plaintiff-Cross-Claimant-Appellant,

versus

DELCHAMPS, Inc.; SELCAST, S.A., Inc.; STEIN MART, Inc.,

Defendants-Appellees,

AUTOMATIC DOOR SYSTEMS, Inc.,

Cross-Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
District Court Number 1:97-CV-498-RG

_____

June 1, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

The court has considered appellant's position in light of

the briefs and pertinent portions of the record. Having done so,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**